IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEVEN R. HASTINGS**     **PLAINTIFF**
**ADC #171672**

v.     Case No. 4:20-cv-00850-KGB

**AARON R. BRASEL,** *et al.*     **DEFENDANTS**

## ORDER

Plaintiff Steven R. Hastings has submitted this *pro se* 42 U.S.C. § 1983 complaint for filing in this district (Dkt. No. 2). Mr. Hastings sued two prosecuting attorneys, a public defender, and a deputy sheriff, all located in Howard County, Arkansas (*Id.*). From the facts alleged and the defendants named, it appears that venue properly lies in the Western District of Arkansas. *See* 28 U.S.C. §1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas. *See* 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.").

The clerk of the court is directed to transfer immediately Plaintiff's entire case file to the United States District Court for the Western District of Arkansas.

So ordered this 25th day of January, 2021.

_____
Kristine G. Baker
United States District Judge